Michael A. Tuck
28 Preble Rd.
Bowdoinham, ME  04008



RE:  1:18-CV-00212-JDL

United States District Court District of Maine

   I regret that I can no longer persue this case.  The trauma that I experienced on
June 3, 2015, prevents me from finishing this case.

   My sincere apologies to the court.

*Michael A. Tuck*   03/05/20

Michael A. Tuck
28 Preble Rd.
Bowdoinham, ME  04008