UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL A TUCK<br>Plaintiff,<br><br>v.<br><br>CITY OF GARDINER POLICE<br>DEPARTMENT, et al.,<br>Defendant. | )<br>)<br>)<br>)  Civil No. 1:18-cv-00212-JDL<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order on Central Maine Medical Center's Motion to Dismiss, entered on May 8, 2019; the Order Accepting the Recommended Decision of the Magistrate Judge, entered on February 6, 2020; and the Order on Plaintiff's Motion for Voluntary Dismissal, entered on June 5, 2020, all by Chief U.S. District Judge Jon D. Levy,

JUDGMENT of dismissal with prejudice is hereby entered as to defendants Central Maine Medical Center, City of Gardiner Police Department, Todd Pillsbury, Stacy Blair, and City of Gardiner Fire and Rescue Department;

JUDGMENT of dismissal without prejudice is hereby entered as to defendant David Timms.

                                                CHRISTA K. BERRY
                                                CLERK

                              By:   /s/ Amy K. Spencer
                                           Deputy Clerk

Dated: July 7, 2020